December 03, 2010

Mr. Malcolm C. Halbardier
Attorney at Law
20115 Park Ranch
San Antonio, TX 78259
Mr. William M. (Mick) McKamie
McKamie Krueger, LLP
941 Proton Rd.
San Antonio, TX 78258

RE: Case Number: 09-1007
 Court of Appeals Number: 04-09-00132-CV
 Trial Court Number: 2008CVQ000276-D3

Style: MARIA ALEJANDRO REYES, INDIVIDUALLY AND AS REPRESENTATIVE OF
 THE ESTATE OF KAREN REYES, A/K/A KAREN VAQUERA, DECEASED
 v.
 THE CITY OF LAREDO

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. (See December
3, 2010 orders)
 If you would like the opinion by email, please contact Claudia Jenks
at claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Enoch not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Keith E. |
| |Hottle |
| |Mr. Manuel |
| |Gutierrez |